mit Glen D. Nager, Esq., to present oral argument *pro hac vice* granted.

No. 86–1512. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT *v.* UNDERWOOD ET AL. C. A. 9th Cir. [Certiorari granted, 481 U. S. 1047.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–1602. UNITED SAVINGS ASSOCIATION OF TEXAS *v.* TIMBERS OF INWOOD FOREST ASSOCIATES, LTD. C. A. 5th Cir. [Certiorari granted, 481 U. S. 1068.] Motion of Global Marine, Inc., for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 86–1650. TRANS WORLD AIRLINES, INC. *v.* INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS. C. A. 8th Cir. [Certiorari granted, 482 U. S. 913.] Motion of American Federation of Labor and Congress of Industrial Organizations et al. for leave to file a brief as *amici curiae* granted.

No. 87–376. LOS ANGELES MEMORIAL COLISEUM COMMISSION *v.* NATIONAL BASKETBALL ASSN. ET AL. C. A. 9th Cir. Motion of the parties to defer consideration of the petition for writ of certiorari granted.

No. 87–5374. IN RE ROSS. Petition for writ of mandamus denied.

No. 87–5381. IN RE CLARK. Petition for writ of mandamus and/or prohibition denied.

No. 87–5391. IN RE FAHNTRAPP. Petition for writ of prohibition denied.

No. 87–82. FEDERAL DEPOSIT INSURANCE CORPORATION *v.* MALLEN ET AL. Appeal from D. C. N. D. Iowa. Probable jurisdiction noted.

No. 87–328. RILEY, DISTRICT ATTORNEY OF THE TENTH PROSECUTORIAL DISTRICT OF NORTH CAROLINA, ET AL. *v.* NATIONAL FEDERATION OF THE BLIND OF NORTH CAROLINA, INC., ET AL. Appeal from C. A. 4th Cir. Probable jurisdiction noted.